Leonard J. MORMINO, Libelant-Appellant,

v.

Leon HESS, Inc., Respondent-Appellee.

No. 169, Docket 22935.

United States Court of Appeals
Second Circuit.

Argued Feb. 3, 1954.

Decided Feb. 15, 1954.

Robert E. Connolley, New York City, for libelant-appellant.

Frederick H. Cunningham, New York City (Victor S. Cichanowicz, Brooklyn, N. Y., on brief), for respondent-appellee.

Before CLARK, FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion of District Judge Leibell, 119 F.Supp. 314.